IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:<br>DAWN MICHELE VIGUE THURSTON,<br><br>Debtor. | BK. NO: 14-12473<br>Chapter 7 |

STIPULATION RESOLVING
MOTION OF UNITED STATES TRUSTEE
FOR RELIEF FROM AUTOMATIC STAY

Upon the Motion of the United States Trustee For Relief From Stay, (the "Motion"), after a status hearing, and the debtor Dawn Vigue Thurston (the "Debtor") hereby consenting to the granting of the Motion, it is, by the United States Bankruptcy Court for the District of Rhode Island, ORDERED by consent of the parties:

1.  This Court has jurisdiction of the subject matter and the parties pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding in accordance with 28 U.S.C. § 157(b).

2.  The parties stipulate that the UST shall be granted relief from the automatic stay to liquidate his claims against the Debtor.

3.  The UST is not granted relief from the automatic stay as to property of the estate.

AGREED AND CONSENTED TO

WILLIAM K. HARRINGTON
United States Trustee for Region One

By: _____ 1/6/14
Gary L. Donahue
Assistant U.S. Trustee
U.S. Department of Justice
10 Dorrance Street, Suite 910
Providence, RI 02903
Tel: (401) 528-5551 x 100
Fax: (401) 528-5163
E-mail: Gary.L.Donahue@usdoj.gov


Dawn M. Vigue Thurston Esq.
By her Attorney

_____ 1/6/14

Thomas Howard
Aurora Law
40 Webb St.
Cranston, RI 02920-7923
(401) 942-6550
Fax : (855) 287-6720
Email: bankruptcy2011@gmail.com

ACCEPTED, APPROVED, ENTER

Diane Finkle    01/07/2015
_____

Honorable Diane Finkle,
U.S. Bankruptcy Judge

2